IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RHONDA FUNMAKER and S.F.,

    Plaintiffs,

v.

ADAMS COUNTY CIRCUIT COURT and
ADAMS COUNTY TREASURER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-779-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Rhonda Funmaker's request for leave to proceed and dismissing this case.

| /s/ | 1/6/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |